
No. 13–0390/AR.  U.S. v. Dyana T. Thomas.  CCA 20100182.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 22, 2013.

No. 13–0443/AR.  U.S. v. Dustin R. Hogan.  CCA 20110172.  Appellant's motion to extend time to file the petition for reconsideration out of time is denied.

No. 14–0093/AR.  U.S. v. Ryan R. Davidson.  CCA 20110512.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 22, 2013.

No. 14–0095/AF.  U.S. v. Benjamin R. Loveridge.  CCA 37872.  On consideration of Appellant's 'Motion to treat out of time motion to reconsider before the Air Force Court of Criminal Appeals as a timely filed motion to reconsider,' which this Court construes as a motion to extend time to file the supplement to the petition for grant of review, said motion is hereby granted to October 24, 2013.

No. 14–0098/AF.  U.S. v. David D.B. Luckado.  CCA 37962.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to October 24, 2013.

Tuesday, October 8, 2013

